[No. 17583-1-I. Division One. August 21, 1989.]

GORDON ANDREWS, ET AL, *Appellants*, v. DONALD R. BURKE, JR., as *Executor*, ET AL, *Defendants*, VALLEY GENERAL HOSPITAL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 83-2-01318-6, Jim Bates, J., entered October 10, 1985. *Affirmed in part* and *remanded* by unpublished opinion per Scholfield, J., concurred in by Coleman, C.J., and Swanson, J. 

[No. 11568-9-II. Division Two. August 21, 1989.]

CURT M. READ, *Appellant*, v. PIERCE COUNTY CIVIL SERVICE COMMISSION FOR SHERIFF'S EMPLOYEES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 87-2-03834-9, Donald H. Thompson, J., entered November 6, 1987. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.

[No. 12031-3-II. Division Two. August 21, 1989.]

ROBERT L. COMENOUT, SR., ET AL, *Appellants*, v. PUYALLUP SCHOOL DISTRICT No. 3, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 86-2-06651-4, E. Albert Morrison, J., entered October 2, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.